UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. TERRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>JQD, LLC,<br><br>    Defendant. | Case No.  17-cv-05626-RS<br><br>**JUDGMENT** |

Pursuant to the order entered this date on the parties' respective summary judgment motions, judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated:  December 28, 2018

_____
RICHARD SEEBORG
United States District Judge