1 | Francis Torrence (SBN 154653)
Email: Francis.Torrence@wilsonelser.com
2 | Donald P. Sullivan (SBN 191080)
Email: donald.sullivan@wilsonelser.com
3 | **WILSON, ELSER, MOSKOWITZ,**
    **EDELMAN & DICKER LLP**
4 | 525 Market Street, 17th Floor
San Francisco, California 94105
5 | Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370
6 |
Attorneys for Defendant
7 | JQD, LLC dba PRO SOLUTIONS,
A California limited company,
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **FOR THE NORTHERN DISTRICT**

11 |

12 | CHRISTOPHER D. TERRELL, an individual,

Case No.:  3:17-CV-05626 RS

13 |                  Plaintiff,

**STIPULATION TO TERMINATE
LITIGATION AND [~~PROPOSED~~] ORDER**

         v.
14 |
JQD, LLC dba PRO SOLUTIONS, a
15 | California limited liability company,

16 |                  Defendants.

17 |

18 |         Plaintiff CHRISTOPHER D. TERRELL and Defendant JQD, LLC dba PRO

19 | SOLUTIONS, come before the Court and stipulate as follows:

20 |         In the mutual interest of terminating this litigation, Defendant agrees to waive its pending

21 | Bill of Costs as prevailing party (Dkt. #70), in consideration and exchange for plaintiff's

22 | agreement to waive his rights to appeal in this case, including the right to appeal the Court's

23 | rulings on the parties' motions for Summary Judgment and Partial Summary Judgment.

24 | Accordingly, Defendant withdraws its Bill of Costs.

25 | ///

26 | ///

27 | ///

28 | ///

2158182v.1

1       **IT IS SO STIPULATED.**

2    Date:  January 23, 2019                    DELTA LAW GROUP

3                                               By:/s/ JIM G. PRICE_____
                                                    Jim G. Price
4                                                   Attorneys for Plaintiff
                                                    Christopher D. Terrell
5

6
     Date:  January 23, 2019                    WILSON ELSER MOSKOWITZ EDELMAN &
7                                               DICKER LLP

8                                               By: /s/  FRANCIS TORRENCE
                                                    Francis Torrence
9                                                   Donald P. Sullivan
                                                    Attorneys for Defendant JQD, LLC dba Pro
10                                                  Solutions, a California limited company

11
                                    **ORDER**
12

13      PURSUANT TO STIPULATION, IT IS SO ORDERED

14
        Dated:  January  23   , 2019
15

16                                              _____
                                                RICHARD SEEBORG
17                                              United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

2

2158182v.1